JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-431 TSZ |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE AND PRETRIAL MOTIONS |
| JOHN LEONARD YOUNG, ) | DEADLINE |
| Defendant. ) | |

THE COURT having considered the defense motion, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

Order Granting Stipulated Motion to Continue
Trial and Pretrial Motions Deadline    - 1
(*John Young*; #05-431TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS THEREFORE ORDERED that the trial date in this matter is continued to October 30, 2006 and that the deadline in which to file pretrial motions is continued to October 9, 2006.

    IT IS FURTHER ORDERED the period of time from the current trial date of July 31, 2006, up to and including the new trial date of October 30, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

    DONE this 24th day of July, 2006.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

s/   Paula Semmes Deutsch
WSBA  #  23940
Attorney for John Leonard Young
Federal Public Defender's Office
1111 Third Avenue, Suite 1100
Seattle, WA   98101
(206) 553-1100
Fax No.: (206) 553-0120
paula_deutsch@fd.org

Order Granting Stipulated Motion to Continue
Trial and Pretrial Motions Deadline    - 2
(*John Young*; #05-431TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**